Ricardo Solano Jr.
Andrew M. Englander
FRIEDMAN KAPLAN SEILER
   & ADELMAN LLP
7 Times Square, 28th Floor
New York, NY 10036
(212) 833-1121

Eugenio C. Romero (*pro hac vice* application forthcoming)
EUGENIO C. ROMERO LAW OFFICES
P.O. Box 9171
San Juan, Puerto Rico 00908
(787) 409-8978

*Attorneys for Robert G. Torricelli*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                            :

IN RE: DEPOSITION SUBPOENA SERVED   :
UPON ROBERT G. TORRICELLI ON           :     No. M-_____
MAY 29, 2018                                               :
                                                            :
------------------------------------------------------- x

## NOTICE OF MOTION TO QUASH SUBPOENA FOR TESTIMONY SERVED UPON ROBERT G. TORRICELLI PURSUANT TO FED. R. CIV. P. 45

**PLEASE TAKE NOTICE** that on such soonest date as the Court shall direct, counsel for Robert G. Torricelli shall move the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for the entry of an Order pursuant to Fed. R. Civ. P. 45(e) quashing the Subpoena for Testimony served

3335208.1

upon Robert G. Torricelli in *United States ex rel., Jose R. Valdez v. Aveta, Inc., et al.*, No. 3:15-cv-01140-CCC (D.P.R.).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Torricelli shall rely upon the accompanying Memorandum of Law and Declaration of Ricardo Solano Jr. (with exhibits), and any additional submissions made hereafter.

A Proposed Order is submitted herewith.

Dated:  June 8, 2018

                                            FRIEDMAN KAPLAN SEILER &
                                              ADELMAN LLP

                                            s/ Ricardo Solano Jr.
                                            Ricardo Solano Jr.
                                            Andrew M. Englander
                                            7 Times Square, 28th Floor
                                            New York, NY 10036
                                            (212) 833-1121

                                            Eugenio C. Romero (*pro hac vice* application forthcoming)
                                            EUGENIO C. ROMERO LAW OFFICES
                                            P.O. Box 9171
                                            San Juan, Puerto Rico 00908
                                            (787) 409-8978

                                            *Attorneys for Robert G. Torricelli*